## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 11 |
| | : |
| PHILADELPHIA NEWSPAPERS, LLC, ET AL., | : |
| | : |
| DEBTORS. | : BANKRUPTCY NO. 09-11204 SR |
| | : |
| PHILADELPHIA NEWSPAPERS, LLC, | : |
| | : |
| PLAINTIFF | : |
| VS. | : |
| | : |
| REVIEW PUBLISHING, L.P. | : |
| DEFENDANT. | : ADVS. NO. 09-264 |

# ORDER

**AND NOW,** upon consideration of the Motion of Philadelphia Newspapers, LLC to Dismiss Review Publishing, LP's Counterclaim and Ninth Affirmative Defense ("Motion") and after a hearing with notice, it is hereby **ORDERED** that:

1.    The Motion is **DENIED**.

2.    Within twenty days from the date hereof, Review Publishing, Inc. shall amend the Counterclaim in its answer to Plaintiff's complaint to comply with the requirement in Rule 7008(a) of the Federal Rules of Bankruptcy Procedure that a "counterclaim ... shall contain a statement that the proceeding is core or non-core and,

if non-core, that the pleader does not or
does not consent to the entry of final orders
or judgments by the bankruptcy judge."

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated:   December 17, 2009

Counsel for Philadelphia Newspapers, LLC
Anne Marie Aaronson, Esquire
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Counsel for Review Publishing, LP.
Robert B.B. Schatz, Esquire
Getson & Schatz P.C.
230 South Broad Street
Suite 1001
Philadelphia, PA 19102

United States Trustee
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich